UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CONSUMER ADVOCACY CENTER, INC.

        Debtor.
_____/

SONYA SALKIN SLOTT,
Chapter 7 Trustee

        Plaintiff,

v.

THE BREA FINANCIAL GROUP, LLC
D/B/A PUB CLUB LEADS and ADAM STHAY,

        Defendants.
_____/

Case No. 19-10655-BKC-SMG

Chapter 7

ADV. NO. 21-01007-SMG

## **CERTIFICATE OF SERVICE**

        I, <u>Gregory Garno, Esq.</u>, certify that the Plaintiff's Adversary Complaint [ECF No. 01]; Summons and Notice of Status Conference [ECF No. 02]; and the Order Setting Status Conference and Establishing Procedures and Deadlines [ECF No. 03] were served upon the Defendants on January 14, 2021 via:

**[X]**    **Mail Service: Regular First Class U.S. Mail, Postage Fully Pre-Paid, addressed to all parties on the Service List below.**

[ ]    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]    Residence Service: By leaving the process with the following adult at:

**[X]**    **Certified Mail Service by sending the process by certified mail addressed to the following officer of the defendants as disclosed on the Service List below**

[ ]    Publication: The defendant was served as follows: [Describe briefly]

[ ]   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date: January 14, 2021 | Signature: | /s/ Gregory M. Garno |
| | Print Name: | Gregory M. Garno, Esq., Fla. Bar. No. 087505 |
| | Address: | 100 SE 2nd Street, 44th Floor |
| | City: | Miami, FL 33131 |
| | Telephone: | (305) 349-2300 |
| | E-mail: | ggarno@gjb-law.com |

## SERVICE LIST

**The parties below were served via U.S. Mail and Certified Mail:**

The Brea Financial Group, LLC
c/o Adam G Sthay, Managing Member
351 S. Old Bridge Road
Anaheim Hills, CA 92808

The Brea Financial Group, LLC-
c/o Adam G Sthay, Registered Agent
751 S. Weir Canyon Rd., Ste 157
PMB 542
Anaheim Hills, CA 92808

PubClubLeads
774 S Placentia Ave, #301
Placentia, CA 92870

PubClubLeads
c/o The Brea Financial Group, LLC, Owner
774 S Placentia Ave, #301
Placentia, CA 92870

Adam G Sthay
751 S. Weir Canyon Rd., Ste 157
PMB 542
Anaheim Hills, CA 92808

Adam G Sthay
7023 E Shorecrest Drive
Anaheim, CA 92807-4506